# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

### Docket No. 5:10-CR-196-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DWIGHT SHERROD TAYLOR | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Monday, December 6, 2010, in Wilmington. The case is hereby CONTINUED to January 3rd term of court in _____ Wilmington _____, North Carolina.

This 17th day of _____ November _____ 2010.

James C. Fox
Senior U.S. District Judge