IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00196-F-1
No. 5:16-CV-00142-F

DWIGHT SHERROD TAYLOR, )
)
Petitioner, )
)
v. )                          O R D E R
)
UNITED STATES OF AMERICA, )
)
Respondent. )

This matter is before the court on Dwight Sherrod Taylor's Motion to Vacate, Set Aside,
or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-131]. Having examined Taylor's motion
pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is
DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to
make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set
Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

Taylor asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015).
Sherri R. Alspaugh with the Office of the Federal Public Defender was previously appointed to
represent Taylor to determine if he may qualify for post-conviction relief, pursuant to Standing
Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This 4 day of April, 2016.

James C. Fox

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE